1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:21-cr-00195-JAK-2 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Julian Brambila-Mendez. | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✗)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (✗)  information in the Pretrial Services Report and Recommendation

    (✗)  information in the violation petition and report(s)

    (✗)  the defendant's nonobjection to detention at this time

    ( )  other: _____

1

| | | |
|---|---|---|
| | | and/ or |
| B. | (✗) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following: |
| | ( ) | information in the Pretrial Services Report and Recommendation |
| | ( ) | information in the violation petition and report(s) |
| | (✗) | the defendant's nonobjection to detention at this time |
| | ( ) | other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 06/10/2025

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE